WILLIAM C. LEWIS, ESQ., BAR NO. 77193
DAVID S. CAPLAN, ESQ., BAR NO. 74219
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtor,
Valles & Associates LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>VALLES & ASSOCIATES, LLC,<br><br>Debtor | Case No. 10-51813<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT RELATING TO DEBTOR'S CHAPTER 11 PLAN DATED MARCH 11, 2011**<br><br>Disclosure Statement Hearing:<br><br>Date: April 15, 2011<br>Time: 2:00 p.m.<br>Courtroom: 3020<br>Location: U.S. Courthouse & Federal Bldg.<br>280 South First Street<br>San Jose, California<br>Judge: Hon. Arthur S. Weissbrodt |

**TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE –Valles & Associates LLC, the debtor in this Chapter 11 case, is pleased to announce that it has filed its **Debtor's Chapter 11 Plan Dated March 11, 2011** ('Plan") and its related **Disclosure Statement** describing the terms of the Plan and providing other information for creditors voting on the Plan to use in deciding whether to accept the Plan.

A hearing will be conducted on April 15, 2011, at 2:00 p.m., before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at the location in the caption of this notice, in order to determine whether the Disclosure Statement should be approved as providing adequate information

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT
RELATING TO DEBTOR'S CHAPTER 11 PLAN DATED MARCH 11, 2011
HD2:CLIENTS:LEWIS:VALLES:PLDGS:PLAN+RLTD:NN HRG DLS.docx

Case: 10-51813   Doc# 52   Filed: 03/11/11   Entered: 03/11/11 16:44:33   Page 1 of 2

for voting on the Plan within the meaning of Section 1125 of the U.S. Bankruptcy Code.

Opposition to approval of the Disclosure Statement must be in writing and must be filed with the Bankruptcy Court, and served on counsel for Valles & Associates and the U.S. Trustee, not later than seven days prior to the hearing.

Copies of the Plan and Disclosure Statement may be downloaded by users of the PACER system at http://ecf.canb.uscourts.gov, or they may be obtained by sending an email to david@legal2biz.com or by sending a letter to the attention of Rebecca Epstein, Esq., at the Law Offices of William C. Lewis at the address at the top of this notice.

Dated: March 11, 2011

LAW OFFICES OF WILLIAM C. LEWIS,
Counsel for Debtor, Valles & Associates LLC

By;   /s/ William C. Lewis
         William C. Lewis

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT
RELATING TO DEBTOR'S CHAPTER 11 PLAN DATED MARCH 11, 2011                    2