WILLIAM C. LEWIS, ESQ., BAR NO. 77193
DAVID S. CAPLAN, ESQ., BAR NO. 74219
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720

Attorneys for Debtor,
Valles & Associates LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

VALLES & ASSOCIATES, LLC,

Debtor

Case No. 10-51813
CHAPTER 11

**SUPPLEMENTAL DECLARATION OF DAVID S. CAPLAN IN SUPPORT OF CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011**

Confirmation Hearing:

Date:       June 28, 2011
Time:       2:00 p.m.
Courtroom:  3020
Location:   U.S. Courthouse & Federal Bldg.
            280 South First Street
            San Jose, California
Judge:      Hon. Arthur S. Weissbrodt

I, David S. Caplan, hereby declare:

1. I serve as Of Counsel to the Law Offices of William C. Lewis, counsel for Valles & Associates, LLC ("Debtor"), the debtor and debtor-in-possession in this Chapter 11 case.

2. I make this declaration in support of confirmation of the **Debtor's Amended Chapter 11 Plan Dated as of April 15, 2011** ("Plan"). This declaration supplements and corrects certain information in the declaration I executed on June 21, 2011 in support of confirmation of the

SUPPLEMENTAL DECLARATION OF CAPLAN IN SUPPORT OF CONFIRMATION OF
DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011          1

Case: 10-51813    Doc# 69    Filed: 06/27/11    Entered: 06/27/11 14:44:24    Page 1 of 7

Plan [Docket No. 68, Attachment 1] ("Previous Declaration").

3. The statements in this declaration are made on the basis of my personal knowledge, except for statements made on information and belief, which statements I believe to be true and the basis for which is set forth herein. Any statements made on the basis of the firm's business records are made on the basis of records created or maintained in the ordinary course of the firm's business by persons who create or maintain such records as a regular part of the services they render to the firm.

4. As stated in my Previous Declaration, I had reviewed the ballots received by the firm voting on the Plan, true copies of which were attached to the Previous Declaration.

5. In the Previous Declaration, I stated, among other things, that three parties had accepted the Plan. Subsequently, I was advised that the foregoing parties had failed to mark whether they accepted or rejected the Plan. The three parties are Joe Bowman, holder of the unsecured claim in Class B-3A; the Doug & Terry Hogeman Trust, one of the holders of equity interests in Class C-1; and Al Valles Investments LLC, the holder of the equity interest in Class C-3.

6. Since discovery of the error, the three parties have provided corrected ballots showing their acceptance of the Plan. True copies of those ballots are attached hereto as <u>Exhibit 1</u>.

7. Subsequent review of the ballots submitted also revealed that the following equity holders marked their ballots as voting in the wrong class under the Plan:

| Holder | Proper Plan Class | Class Voted |
|---|---|---|
| Doug and Terry Hogeman Trust | C-1 | C-3 |
| Kurt Nicholson | C-1 | C-3 |

8. None of the foregoing parties has claims or interests in more than one class under the Plan. On the basis of that fact, I believe that the above parties intended their acceptance to be counted, regardless of the class marked on their ballots, and that their errors in indicating their plan classes is harmless and may be disregarded.

9. With the addition of these corrected ballots, the statements in my Previous

SUPPLEMENTAL DECLARATION OF CAPLAN IN SUPPORT OF CONFIRMATION OF
DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011     2

Case: 10-51813   Doc# 69   Filed: 06/27/11   Entered: 06/27/11 14:44:24   Page 2 of 7

Declaration as to which creditors and equity security holders have accepted the Plan are true and correct.

10. Finally, I apologize greatly to the Court for my initial oversight in reviewing the ballots.

I declare under penalty of perjury that the foregoing is true and correct, except for statements made on information and belief, which statements I believe to be true, and that this declaration was executed in Chapel Hill, North Carolina, on June 27, 2011.

/s/ David S Caplan
David S Caplan

SUPPLEMENTAL DECLARATION OF CAPLAN IN SUPPORT OF CONFIRMATION OF
DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011      3

# EXHIBIT 1

William C. Lewis (Cal. Bar No. 77193)
Rebecca L. Epstein (Cal. Bar No. 168226)
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720
E-mail: repstein@williamclewis.com

Counsel for Debtor,
Valles & Associates, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

VALLES & ASSOCIATES, LLC

Debtor.

Case No. 10-51813
Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011**

Valles & Associates, LLC, has prepared an Amended Chapter 11 Plan Dated April 15, 2011 ("Plan"). The court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides you information in deciding how to vote on the Plan. If you do not have a Disclosure Statement, you may obtain a copy by contacting the above counsel for Valles & Associates. Court approval of the Disclosure Statement does not indicate approval of the Plan by the court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

If your Ballot is not received by the Law Offices of William C. Lewis, counsel for the Debtor, by June 21, 2011, and such deadline is not extended, your vote may not count as an acceptance or rejection of the Plan.

If the Court confirms the Plan, it will be binding on you whether or not you vote.

The undersigned creditor  (Check one) [✓] ACCEPTS  [ ] REJECTS  the Plan.

Plan Class: This Ballot votes the undersigned's claim in Class C-3

Dated: 6/21, 2011

Print or Type Name of Creditor: DOUG HOGEMAN

Signature: [signature]

Print or Type Name of Person Signing: DOUG HOGEMAN TRUST

Title of Person Signing: SHARE HOLDER

Address: 7778 LOVERS LN.
HOUSTON CA. 95023

Telephone: (07) 214-6955

**This Ballot must be returned to the Law Offices of William C. Lewis not later than June 21, 2011. See the enclosed Notice of Hearing for instructions how to return this Ballot.**

Case: 10-51813    Doc# 69    Filed: 06/27/11    Entered: 06/27/11 14:44:24    Page 5 of 7

William C. Lewis (Cal. Bar No. 77193)
Rebecca L. Epstein (Cal. Bar No. 168226)
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720
E-mail: repstein@williamclewis.com

Counsel for Debtor,
Valles & Associates, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

VALLES & ASSOCIATES, LLC

Debtor.

Case No. 10-51813
Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011**

Valles & Associates, LLC, has prepared an Amended Chapter 11 Plan Dated April 15, 2011 ("Plan"). The court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides you information in deciding how to vote on the Plan. If you do not have a Disclosure Statement, you may obtain a copy by contacting the above counsel for Valles & Associates. Court approval of the Disclosure Statement does not indicate approval of the Plan by the court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

If your Ballot is not received by the Law Offices of William C. Lewis, counsel for the Debtor, by June 21, 2011, and such deadline is not extended, your vote may not count as an acceptance or rejection of the Plan.

If the Court confirms the Plan, it will be binding on you whether or not you vote.

The undersigned creditor  (Check one) [X] ACCEPTS  [ ] REJECTS  the Plan.

Plan Class: This Ballot votes the undersigned's claim in Class B-3.A

Dated: 6-20-2011, 2011

Print or Type Name of Creditor: B-3A Joe Bowman

Signature: /s/

Print or Type Name of Person Signing: Joe Bowman

Title of Person Signing: Self

Address: P.O. Box 399
Hollister Ca

Telephone: (831) 902-5692

**This Ballot must be returned to the Law Offices of William C. Lewis not later than June 21, 2011. See the enclosed Notice of Hearing for instructions how to return this Ballot.**

William C. Lewis (Cal. Bar No. 77193)
Rebecca L. Epstein (Cal. Bar No. 168226)
LAW OFFICES OF WILLIAM C. LEWIS
510 Waverley Street
Palo Alto, CA 94301-2009
Telephone: (650) 322-3300
Facsimile: (650) 327-9720
E-mail: repstein@williamclewis.com

Counsel for Debtor,
Valles & Associates, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

VALLES & ASSOCIATES, LLC

        Debtor.

Case No. 10-51813
Chapter 11

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S AMENDED CHAPTER 11 PLAN DATED AS OF APRIL 15, 2011**

Valles & Associates, LLC, has prepared an Amended Chapter 11 Plan Dated April 15, 2011 ("Plan"). The court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides you information in deciding how to vote on the Plan. If you do not have a Disclosure Statement, you may obtain a copy by contacting the above counsel for Valles & Associates. Court approval of the Disclosure Statement does not indicate approval of the Plan by the court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.**

If your Ballot is not received by the Law Offices of William C. Lewis, counsel for the Debtor, by June 21, 2011, and such deadline is not extended, your vote may not count as an acceptance or rejection of the Plan.

If the Court confirms the Plan, it will be binding on you whether or not you vote.

The undersigned creditor   (Check one)  [X] ACCEPTS  [ ] REJECTS  the Plan.

Plan Class: This Ballot votes the undersigned's claim in Class __C-3__

Dated: __6/19__, 2011

Print or Type Name of Creditor: __AL VALLES INVESTMENTS__

Signature: __[signature]__

Print or Type Name of Person Signing: __AL VALLES JR.__

Title of Person Signing: __MANAGING MEMBER__

Address: __P.O. BOX 27__
__HOLLISTER CA, 95024__

Telephone: __(831) - 902-5250__

**This Ballot must be returned to the Law Offices of William C. Lewis not later than June 21, 2011. See the enclosed Notice of Hearing for instructions how to return this Ballot.**